UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LAW ENFORCEMENT ASSOCIATION, a California Non-Profit Mutual Benefit Association,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS S. AMORES,<br><br>    Defendant. | 2:08-cv-01483-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE and FED. R. CIV. P. 4(m) NOTICE |

        Plaintiff's Status Report filed September 12, 2008, reveals this case is not ready to be scheduled since the named defendant has not been served with process.  Therefore, the Status (Pretrial Scheduling) Conference set for September 29, 2008, is continued to November 24, 2008, at 9:00 a.m.  A further status report shall be filed no later than 14 days prior to the status conference.

        Further, this action may be dismissed without prejudice under Fed. R. Civ. P. 4(m) if Defendant is not served on or before October 24, 2008.  To avoid dismissal, a proof of service shall be filed no later than October 25, 2008.

        If Plaintiff believes it has good cause justifying extension of Rule 4(m)'s 120-day service period, it shall file a declaration on or before October 25, 2008, in which good cause for

///

1  extending the 120 day service period is provided.
2           IT IS SO ORDERED.
3  Dated:  September 24, 2008
4
5                                   _____
                                    GARLAND E. BURRELL, JR.
6                                   United States District Judge